UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 3:09-bk-08110-PMG

JOSHUA FRANK LAUDERMAN and ) Chapter 7
JOSCELYN ANNETTE LAUDERMAN,
)
Debtors.
)

## TRUSTEE'S OBJECTIONS TO DEBTORS' CLAIM OF EXEMPTIONS

The Trustee, Gordon P. Jones, objects to the Debtors' claim of exemptions and states:

1. Debtors filed their Chapter 7 bankruptcy petition on September 27, 2009.

2. Debtors filed Schedule C claiming personal property as exempt pursuant to § 222.11(2)(b), Florida Statutes. The Trustee objects to the Debtors' claim of exemption in this property on the grounds that the property does not qualify as exempt pursuant to § 222.11(2)(b).

3. Debtors filed Schedule C claiming personal property as exempt pursuant to Article X, § 4(a)(2), Florida Constitution. The Trustee objects to the Debtors' claim of exemptions in this property on the grounds that the scheduled value of such property is too low. The value of the personal property claimed as exempt under Article X, § 4(a)(2), exceeds the value to which the Debtors are entitled to claim as exempt pursuant to Article X, § 4(a)(2).

3. Debtors filed Schedule C claiming a 2002 Lexus I5300 Wagon (the "Vehicle") as exempt pursuant to § 222.25(1), Florida Statutes. The Trustee objects to the Debtors' claim of exemption in the Vehicle on the grounds the scheduled value of the

Vehicle is too low. The value of the Vehicle exceeds the value to which the Debtors are entitled to claim as exempt pursuant to § 222.25(1).

                SMITH HULSEY & BUSEY

                By   /s/ Raymond R. Magley
                     Raymond R. Magley

                Florida Bar Number 0511056
                225 Water Street, Suite 1800
                Jacksonville, Florida 32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                rmagley@smithhulsey.com

                Attorney for Trustee

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Joshua Frank Lauderman and Joscelyn Annette Lauderman, 1208 19th St. N., Jacksonville Beach, FL 32250; and by CM/ECF electronic notice to Jeffrey M Hanly; Gordon P. Jones, Trustee; and the U.S. Trustee, dated this 8th day of December, 2009.

/s/ Raymond R. Magley<br>Attorney

00682091.DOC